**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**IN AND FOR POLK COUNTY, FLORIDA**
**CIVIL DIVISION**

**CASE NO:**

**LUIS FREYRE,**

**Plaintiff**

**vs.**

**LOWE'S HOME CENTERS, LLC,**

**Defendant.**
_______________________________ /

**COMPLAINT**

Plaintiff, LUIS FREYRE, by and through the undersigned counsel, hereby sues Defendant, LOWE'S HOME CENTERS, LLC, and alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, LUIS FREYRE, is a natural person residing in Polk County, Florida.

3. At all times material to this action, Defendant, LOWE'S HOME CENTERS, LLC, is a Florida profit corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, LOWE'S HOME CENTERS, LLC, was the owner and in possession of that certain business located at 37051 US-27, Haines City, Polk County, Florida, open to the general public, including the Plaintiff herein.



 EXHIBIT A

5. On or about September 19, 2025, Plaintiff, LUIS FREYRE, visited Defendant's premises located at the above address as a business invitee and/or guest.

6. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous condition on their premises.

7. At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the entrance area of the store, thus creating a hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently allowing a cart with excess wood or similar material hanging off in an area of ingress and egress to the store, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently creating a trip hazard to members of the public utilizing said premises, including the Plaintiff herein, by allowing a cart to remain in the entrance area, thus creating an unreasonably dangerous condition for Plaintiff;

c) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting and/or keeping the entrance area clear of objects that create a dangerous condition;

8. As a result, while Plaintiff was visiting Defendant's business, he tripped over a piece of wood that was laying on a cart, and fell on the concrete floor of the entrance area, sustaining significant personal injuries.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and

aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, LUIS FREYRE, sues the Defendant, LOWE'S HOME CENTERS, LLC, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 16th day of January, 2026.

**/s/ JOEL WILLIAMS**
Joel Williams, FBN: 91708
Chantel Batista Mullins, FBN: 1039867
Morgan & Morgan Tampa, P.A.
101 Riverfront Blvd., Suite 600
Bradenton, Florida 34205
Tele: (941) 308-2401
jwilliams@forthepeople.com
c.batista@forthepeople.com
dmcdonald@forthepeople.com